UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>CATALINO ESTEBAN VALIENTE ALONZO,<br><br>             Defendant. | CR No. **CR 18 00059-DMG**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1546(a): Fraud and Misuse of Visas, Permits, and Other Documents] |

The Grand Jury charges:

[18 U.S.C. § 1546(a)]

On or about April 29, 2013, at Los Angeles International Airport, within the Central District of California, defendant CATALINO ESTEBAN VALIENTE ALONZO ("VALIENTE") knowingly possessed and used a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a lawful permanent resident card in the name CATALINO ESTEBAN VALIENTE ALONZO, which defendant VALIENTE knew to be procured by means of a false claim and statement, in that defendant

VALIENTE submitted an Application to Adjust Status to Permanent Residence, filed on September 30, 1997, in which he stated that he had not been arrested, charged, or imprisoned for breaking any law or ordinance, when, in truth and in fact, as defendant VALIENTE well knew, he had been arrested, charged, and imprisoned for kidnapping and murder in Guatemala.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

Scott Garringer
Deputy Chief, Criminal Division for:

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JOANNA M. CURTIS
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

STACEY R. FERNANDEZ
Special Assistant United States Attorney
Violent & Organized Crime Section