UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

Page 1 of 1

| Case No. | CR 18-59-DMG | Date | December 19, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Jesus Rivera (Spanish Interpreter) |

| Kane Tien | Marea Woolrich | Joshua O. Mausner / Ali Moghaddas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Catalino Esteban Valiente Alonzo | ✓ | | ✓ | Christine O'Connor, DFPD | ✓ | ✓ | |
| | | | | Ramanujan D. Nadadur, DFPD | ✓ | ✓ | |

**Proceedings:** COMPETENCY HEARING

The cause is called and counsel state their appearance. An evidentiary hearing is held. Witnesses Dr. Miguel Gallardo, Dr. Arthur Kowell, Dr. Richard Ryan Darby, and Dr. Diana Goldstein were called, sworn, and testified. The parties may file simultaneous briefs by December 23, 2022. Thereafter, the matter shall stand submitted.

4:32