E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorney
Deputy Chief, General Crimes Section
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    joshua.mausner@usdoj.gov
                ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-0059-DMG |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: January 24, 2023<br>Trial Time: 8:30 a.m. |
| CATALINO ESTEBAN VALIENTE ALONZO, | Location: Courtroom of the Hon. Dolly M. Gee |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Joshua O. Mausner and Ali Moghaddas, and defendant Catalino Esteban Valiente Alonzo, by and through his counsel of record, Deputy Federal Public Defenders Christy O'Connor and Anuj Nadadur, hereby submit their Joint Statement of the Case to be read to the jury at the outset of trial.

The parties respectfully reserve the right to supplement this statement as needed.

Dated: January 22, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/
JOSHUA O. MAUSNER
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 22, 2023          /s/ (email authorization)
CHRISTY O'CONNOR
ANUJ NADADUR
Deputy Federal Public Defenders

Attorneys for Defendant
CATALINO ESTEBAN VALIENTE ALONZO

**Statement of the Case**

Defendant is charged with possession or use of an immigration document obtained by a false claim or statement.  The government alleges that in 2013, defendant knowingly entered the United States using a lawful permanent resident card (or "green card") that was procured by means of a false claim or statement.  Specifically, the government alleges that in 1997, defendant lied to immigration authorities when he submitted an application to become a Lawful Permanent Resident in which he stated that he had never been arrested, charged, or imprisoned for breaking any law or ordinance, when, in fact, defendant had been arrested, charged, and convicted of double kidnapping and murder in Guatemala before he submitted his application.  Defendant has pled not guilty to the charge.