FILED
CLERK, U.S. DISTRICT COURT

Jan 27, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 18-59-DMG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VERDICT FORM** |
| CATALINO ESTEBAN VALIENTE ALONZO, | ) | **REDACTED AS TO THE JURY FOREPERSON** |
| Defendant. | ) | |

We, the Jury, unanimously find defendant CATALINO ESTEBAN VALIENTE ALONZO (check one):

\_\_\_\_\_ NOT GUILTY

\_\_✓\_\_ GUILTY

of knowingly using or possessing an immigration document procured by a false claim or statement.

Please sign and date the verdict form.

\_\_1/27/2023\_\_
DATE

-1-