Ramanujan Nadadur (Bar No. 315718)
(E-Mail: Anuj_Nadadur@nskumarlaw.com)
11620 Wilshire Blvd. Suite 250
Los Angeles, CA 90025
Telephone: (310) 479-1383
Facsimile: (310) 479-1393

Attorneys for Defendant
CATALINO VALIENTE ALONZO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CATALINO VALIENTE ALONZO,<br><br>    Defendant. | Case No. 2:18-cr-00059-DMG-1<br><br>**JOINT STATUS REPORT REGARDING SELECTION OF COMPETENCY EXPERT** |

Plaintiff, United States of America, by and through Assistant United States Attorney Joshua Mausner, and defendant Catalino Valiente Alonzo, by and through his attorneys of record, Deputy Federal Public Defender Christy O' Connor and Ramanujan Nadadur, hereby submit the following joint status report:

1. On February 7, 2024, this Court ordered that Mr. Valiente be evaluated for his competency to proceed to trial in this matter. (Dkt. No. 237.)

2. The Court further ordered that "[n]o later than 2/16/2024, the parties shall confer and file a stipulation and proposed order setting forth details and proposed timelines relating to the competency hearing, including a mutually agreeable date for the hearing. In addition, the parties shall attempt to agree upon a neurologist and/or neuropsychologist who will be appointed as an independent expert to conduct a

competency evaluation in advance of the hearing, in lieu of the parties retaining separate experts." (Dkt. No. 237.)

3. The Court subsequently granted the parties an additional week to submit a joint status report, until February 23, 2024. (Dkt. No. 241.)

4. After meeting and conferring with the government, the defense's position on the independent expert to be appointed by the Court is as follows:

> The defense proposes two experts who can conduct a neuropsychological evaluation of Mr. Valiente in the Spanish language. Of these two experts, the defense recommends Dr. Marisa Menchola because she is Spanish-speaking, and her background is in the study of Alzheimer's and dementia in Latinx populations. Both suggested experts are based in the Arizona area. The defense can arrange to transport Mr. Valiente to their offices for an evaluation. The two experts are:
>
> (1) Dr. Marisa Menchola, a neuropsychologist based in Tucson, Arizona. Dr. Menchola is fluent in Spanish and specializes in the study of Alzheimer's disease and other dementia-related conditions. She can evaluate Mr. Valiente on March 29, 2024. Dr. Menchola is intimately familiar with Latinx culture and routinely conducts culturally sensitive competency evaluations of Spanish-speaking clients for federal and state proceedings. Her CV is attached to this filing.
>
> (2) Dr. Carlos Vega, a psychologist based in Casa Grande, Arizona, is certified to administer many of the same neuropsychology tests as Dr. Menchola. Dr. Vega is fluent in Spanish and has studied Latinx culture and brain disease. He can evaluate Mr. Valiente beginning in the middle of March onwards. Dr. Vega routinely testifies in Arizona state court in competency proceedings. His CV is attached to this filing.

The defense will help to facilitate brain scans of Mr. Valiente to share with the expert conducting the evaluation. As of now, Mr. Valiente is scheduled to begin seeing a general practitioner in Arizona for a medical evaluation. The defense will work with that doctor for a referral to a neurologist, who can complete the brain scans.

The defense objects to the government's proposed expert, Dr. Ryan Darby, and it reserves the right to supplement its objection to Dr. Darby with the Court.

5.  After meeting with the defense counsel, the government's position on the independent expert to be appointed by the Court is as follows:

The government contends that Dr. Ryan Darby, the expert previously appointed by the Court as its independent, neutral expert, and who previously conducted a competency evaluation of defendant and testified in the prior competency proceedings, should continue to be Court's independent expert for further analysis. Dr. Darby previously examined defendant, wrote a lengthy report, and testified in the prior competency hearing before this Court. Defense counsel has raised renewed concerns regarding Mr. Valiente's competency, contending that his condition has worsened warranting further competency analysis. Dr. Darby, who is familiar with Mr. Valiente and who previously examined Mr. Valiente as the Court's independent expert, is in the best position to determine whether Mr. Valiente's condition has changed and whether there is reason to call into doubt his prior opinion, and the Court's prior findings, regarding Mr. Valiente's competency.

The government recently contacted Dr. Darby and confirmed he is available for further competency analysis of Mr. Valiente in the coming months, and that travel to Arizona would not be a problem.

To the extent the Court is inclined to select one of the defense's proposed candidates to replace Dr. Darby as the Court's independent expert, the

government would respectfully reserve the right to separately retain its own expert, if necessary, as the proceedings progress.

6. Following a Court order on the selection of the independent expert, the parties have agreed to submit a proposed timeline for the competency evaluation and hearing.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 23, 2024      By  /s/ Ramanujan Nadadur
                                Ramanujan Nadadur
                                Attorney for CATALINO VALIENTE ALONZO

MARTIN ESTRADA
United States Attorney

DATED: February 23, 2024      By  /s/ Joshua Mausner
                                Joshua Mausner
                                Assistant United States Attorney